UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUQIN DING,<br><br>         Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Warden of<br>Otay Mesa Detention Center,<br><br>         Respondent. | Case No.:  3:26-cv-3218-CAB-MSB<br><br>**ORDER DISMISSING PETITION<br>FOR A WRIT OF HABEAS CORPUS** |

Petitioner Yuqin Ding, an immigration detainee proceeding pro se, has filed a second petition for a writ of habeas corpus.  [Doc. No. 1 ("Petition").]  The Court denied her first petition in April 2026.  [Case No. 3:26-cv-1533-CAB-MMP.]  In both cases, Petitioner claims she was detained by immigration authorities on September 19, 2025 after she and her husband accidentally crossed into Mexico by car and were attempting to return to the United States.

A habeas petition is subject to summary dismissal when it is repetitive or duplicative. *See, e.g., Salas v. Att'y Gen.*, No. 2:23-cv-01118-TL-TLF, 2023 WL 5826738, at *2 (W.D. Wash. Aug. 21, 2023).  Here, the Petition does not provide any additional details or legal

1

theories that were not raised in the first petition.  The Court therefore **DISMISSES** the Petition **WITH LEAVE TO AMEND** in the event that Petitioner's detention extends beyond a year.  *See, e.g.*, *Lah v. Warden of Otay Mesa Detention Center*, No. 3:26-cv-1784-CAB-JLB at Doc. No. 3 (denying habeas petition based on prolonged detention claim where petitioner had been in custody less than a year and providing leave to amend in the event detention extended beyond a year).

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated:  June 23, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

2

3:26-cv-3218-CAB-MSB